Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

____ District of __C o l u m b i a__ .

__C i v i l__ Division

|  |  |
|---|---|
| ~~Oluwashola Olaniyi Ajayi.~~ ) ) )<br>*Plaintiff(s)* )<br>*(Write the full name of each plaintiff who is filing this complaint.* )<br>*If the names of all the plaintiffs cannot fit in the space above,* )<br>*please write "see attached" in the space and attach an additional* )<br>*page with the full list of names.)* )<br>-v- )<br> )<br> )<br> )<br>~~District of Columbia, Roy Melvin~~) <br>MPD, "et a~~Defendant(s)~~Mayor, Chief of Police. )<br>*(Write the full name of each defendant who is being sued. If the* )<br>*names of all the defendants cannot fit in the space above, please* )<br>*write "see attached" in the space and attach an additional page* )<br>*with the full list of names. Do not include addresses here.)* )<br>(See attached/next page) | Case: 1:20-cv-01019<br>Assigned To : Unassigned<br>Assign. Date : 4/16/2020<br>Description: Pro Se. Gen. Civ. (F-DECK) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants

1,  officer/Detective Roy Melvin.

2,  Mayor Muriel Bowser.

3.  Police Chief Peter Newsham.( Peter Newsham)

4. District of Columbia

5. Metropolitan Police Department.

6. Police Informant ( John Doe )
"et al"

   The defendants were acting within the scope of their state
employment, as employee's of the District of Columbia,and the
Metropolitan Police Department, the police informant is a paid
employee &  as individual person's.

The claim is filed under the color of law, and the state's
agent's, 42 U.S.S.C. § 1983. The District of Columbia, the
government can be held liable for act of it's officer's and
employee's. And the D.C. Unjust Imprisonment Act 1980.

Any requirement to file to the D.C. Treasury, is excusable
due to mistake, ignorance of any statutory notice / inability
to retain counsel/ Maryland jail does not stock DC state law
books, and should be excused, grievance administration proce-
dures had to be followed for the Maryland case, and this case.

Any Local Government, State or Municipal Tort Claims Act are
applicable.

Page 2(i).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name Oluwashola Olaniyi Ajayi

All other names by which you have been known: Not Applicable

ID Number PDID 447-673 DC/ 452855 D.O.C/MD

Current Institution Maryland Correctional Institution

Address 18601 Roxbury Road, Hagerstown,

Hagerstown  MD  21746.
   *City*   *State*  *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name Officer/Detective Roy Melvin

Job or Title *(if known)* M.P.D Officer/Detective.

Shield Number (Vice Unit )

Employer Metropolitan Police Department, 5th District

Address 1805 Bladensburg Road, N.E.,

Washington  DC  20002
  *City*   *State*  *Zip Code*

[x] Individual capacity [x] Official capacity

Defendant No. 2

Name Peter Newsham

Job or Title *(if known)* Chief of Police, Metropolitan P.D.

Shield Number

Employer District of Columbia, M.P.D.

Address Police Headquarters, 300 Indiana Ave, N.W

Washington  DC  20001
  *City*   *State*  *Zip Code*

[x] Individual capacity [x] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                    Mrs. Muriel Bowser.
    Job or Title *(if known)*   Mayor of the District of Columbia.
    Shield Number
    Employer          District of Columbia.
    Address           441 4th Street, N.W.(Office of the Mayor)
                    Washington     DC     20001.
                    *City*         *State*     *Zip Code*
                [x] Individual capacity   [x] Official capacity

Defendant No. 4
    Name                    Police Informant - John Doe
    Job or Title *(if known)*   POLICE INFORMANT
    Shield Number
    Employer          Metropolitan Police Department.
    Address           Unknown (Kept secret by govt.)
                    D.C.,
                    *City*         *State*     *Zip Code*
                [x] Individual capacity   [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [x] State or local officials (a § 1983 claim) and the D.C.Unjust Imprisonment Act 1980.

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   1. Fourth Amendments Bill of Rights (unreasonable search & seizure).

   2. Fifth Amendments Bill of Rights ( see next page).

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II Basis for Jurisdiction

D. (continued)

No search and seizure warrant particularly describing place
to be searched, the  subsequent seizure of personal effects-
by Officer Roy Melvin, violated my Fourth Amendments Rights to
unreasonable search and seizure by a Metropolitan Police Depart-
ment Officer, acting under color of law of the District of Colum-
bia.

Plaintiff never consented to entry of hotel room by Officer
Roy Melvin, For Fourth Amendment purposes (the hotel room)
became the equivalent of the plaintiff's home.  The initial
entry into the room was not consensual and the police officer's
action  following entry into the room went beyond the scope of
any arguable consent, as he just announced he was the police ,
and proceeded to arrest the plaintiff, and the two females who
were present with the plaintiff, and proceed to seize all perso-
nal cellphones, wallet containing $200.00 in cash,DC ID, Debit
card,and College ID. Plaintiff(s) was placed in handcuff's upon
his entry into the room,including the two female guest's of the
plaintiff.

   The basis for jurisdiction is that the event occured in the
District of Columbia, at the Embassy Suites Hotel, 900 10th NW,
Washington, DC 20001.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Intentional Infliction of Emotional Distress, Illegal detainment
False Arrest, Invasion of Privacy, Malicious Prosecution, False Imprisonment
No search and seizure warrant particularly describing place
Arrest without a warrant, unreasonable search and seizure
of personal effects-I-Phone, wallet containing $200.00 cash. (cont)

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*    Maryland case unrelated.

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Event occured at the Embassy Suites Hotel, Wshington, DC.
900 10th Street, NW, Washington DC, 20001. Room 308, 9:30pm.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Not Applicable.

IV.  Statement of Claim    ( Continued )


B.    Fifth Amendment, Bill of Rights..( ... nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life,liberty, or property, without due process of law ; nor shall private property be taken for public use without just compensation.  The plaintiff's life,liberty and property ( cell-phone, wallet containing $200.00 US cash ) were taken or seized by a government agent ( Officer Roy Melvin, 5th district Police) under false pretenses, fradulent oath or affirmation, without due diligence of investigation. The seized property has not been returned to the rightful owner, even after dismissal of case on 7/14/2016. Plaintiff made every possible effort to recover pro-perty, calling Detective Roy Melvin, went to the Public Defender Office, but was told they (police) rarely return property to their owners, even after dismissal of cases, but was told , you have to file a civil lawsuit to recover private property.

(3.) Invasion of Privacy

Plaintiff had a right to privacy in the confines of a hotel room, plaintiff had rented for a private party with 2 female friends ( guests of plaintiff)by Det.Roy Melvin & a M.P.D officer.

(4.) Intentional Infliction of Emotional Distress

The event caused severe emotional trauma to the plaintiff,resulting in emotional distress from the false arrest,detainment and trial. by Detective Roy Melvin

(5)   Malicious Prosecution

The intentional act of prosecution was a wrongful act, based on fradulent,unreliable information, hence any probable cause was fradulent in  character, and improper  and had no legal basis to prosecute, which eventually led to the dismissal of the case.

IV. __Statement of Claims__   (Continued)

(6.) __False Arrest__

The plaintiff's arrest was false, and secured under false
information, without due diligence of a proper police inves-
tigation, hence a hurried,rash and incompetent police investigati
on resulted in a false arrest,by Det.Roy Melvin and unknown officer.

(7.) The police informant,John Doe was fed false information
by a Vice detective in the 5th district,police station, and
Detective Roy Melvin fabricated evidence, both detectives
violated plaintiff's right to a fair trial, and actively conspiri
ng to deprive me of my rights,including the Sixth Amendment
right to confront witnesses against me.

(8.) Chief of Police Peter Newsham,failure to supervise his
Vice Detectives,punish,to intervene or remove corrupt officers
abusive police officers.

(9.) Mayor Murial Bowser, as mayor of the District of Columbia
is responsible for any civil rights violation of the citizens
of the D.C.,and is responsible for any constitutional,civil,
rights of any citizen.

Petitioner seeks redress for Federal and state violations, and (Or territory of D.C.,)
injuries sustained, as a result of the defendant's action's of
unconstitutional misconduct, Mr.Oluwashola O. Ajayi suffered
loss of liberty,wrongful, malicious prosecution, emotional
distress,physical pain.

Statement of claims (continued).

(10.)   Intentional Mispresentation by the Vice Detective

Roy Melvin, and unknown MPD officer.

(11.)   Negligent Detention by Det. Roy Melvin.

(12.)   Negligence by Mtropolitan Police Department.

(13.)   Detention without cause,Conspiracy and Failure to interve-

ne.

(14.)   Metropolitan Police Department's continued pattern or

practice of "unconstitutional" and unlawful,arrest,detenti

on and interrogation, excessive force and brutality.

(14.)   Civil Conspiracy by police informant, Det.Roy Melvin.

(15.)   Loss of use of personal phone, money seized $200.00,

wallet, and it's contents.plaintiff maintains possesery

interest's of I-phone 6, and it's content's.

(16.)   Violation of petitioner's federal due process rights, and

a Monell claim , against the MPD, officers were acting

pursuant to policies and practices of the department.

(17.) Confrontation Clause,violated,when officer RoyMelvin
officer's testimony relates incriminating information
received from Non-testifying Informant,as basis
and
of false arrest and probable (false) cause. The
informant gave false testimony.

C.      What date and approximate time did the events giving rise to your claim(s) occur?

On and around June, 26,   2015 Friday evening around 9;30pm.

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

   The facts are as followed: Officer/Detective Roy Melvin and another unnamed MPD officer received unreliable information from a police informant,they then proceeded to room 308,Embassy Suites hotel,downtown DC,a hard knock and announced "Police,Open the door", It was a command, Plaintiff then opened the door, he walked in and proceeded to arrest the plaintiff, and the two female guest's of the plaintiff in the hotel room,  the  police informant and his guest (plain clothed undercover officer,caucasian male).

(The arrest of the informant and the officer were sham arrest's)

V.    **Injuries**  Officer Roy Melvin, then seized (P) I-Phone, wallet containing $200.00 with ID,Debit card,college ID.
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(A) Direct injury-violation of legal right to be from government intrusion without cause.

(B) The plaintiff received emotional injuries from the arrest,emotional distress, injuries to the wrist's from the handcuff's being placed too tight, resulting in bruising of the wrist, indentation's in the skin of the wrist. Plaintiff did not receive medical treatment.

(C) Malicious injury- resulting from the malicious prosecution.
( Case was dismissed-  2015 CF2 008662 on 7/14/2016 )

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive,monetary damages for Constitutional Rights Violations of plaintiff's rights for $3,000,000.00 million dollars.
ALL
Release/return of seized property-I-Phone, wallet.

Court order to expunge from the record the criminal case.

Attorney fee's to be paid by the District of Columbia.

Request jury trial.

Any other relief the courts deems necessary.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes       Maryland state lacks jurisdiction of DC civil matter
            incident occured,while plaintiff was free citizen.
☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
       concerning the facts relating to this complaint?

    ☐ Yes

    ☒ No(Was not relevant to this DC civil case, jurisdiction)

       If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
       other correctional facility?

    ☐ Yes

    ☒ No

E.     If you did file a grievance:

       1.  Where did you file the grievance?

       _____

       2.  What did you claim in your grievance?

       _____

       3.  What was the result, if any?

       _____

       4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
           not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

       Plaintiff did file a grievance,Md. case-Warden dismissed case
       for procedural reasons (see copy attached).

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

Plaintiff was a free citizen at the time this incident occured 6/27/2015. Maryland state also lacks jurisdiction civil DC case. Unrelated to Maryland case. Already filed one Md.case.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Did not inform any Maryland correction official to this civil case matter.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed a grievance in relation to the Maryland case in 2017. ( Unrelated to this case).

Plaintiff intends to use this grivance process to satisfy grivance process.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)    (Attached)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     _____

3.   Docket or index number
     _____

4.   Name of Judge assigned to your case
     _____

5.   Approximate date of filing lawsuit
     _____

6.   Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[x] Yes

[ ] No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit

       Plaintiff(s)    Oluwashola O. Ajayi

       Defendant(s)    Detective Fitzgerald Rodriquez, Thomas Crosby
                       Juan Hunt, Angela Alsobrooks, "et al"

   2.  Court *(if federal court, name the district; if state court, name the county and State)*

       United States Federal District Court of Maryland.

   3.  Docket or index number

       Civil Action No. PX-19-3115

   4.  Name of Judge assigned to your case

                       United States District Judge Paula Xinis

   5.  Approximate date of filing lawsuit

       October, 2019.

   6.  Is the case still pending?

       [ ] Yes

       [X] No

       If no, give the approximate date of disposition    3/18/2020.

   7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       Dismissed without prejudice/ Due to pending post-conviction
       issues, case has merit, however case must be vacated to
       pursue civil litigation against the defendants. Case
       will be re-opened / or re-filed upon vacateur of case.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/12/2020

Signature of Plaintiff

Printed Name of Plaintiff    OLUWASHOLA  OLANIYI  AJAYI

Prison Identification #    1474307/ 452855  D.O.C #

Prison Address    18601  ROXBURY  ROAD

HAGERSTOWN            MD    21746
City            State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City            State    Zip Code

Telephone Number    _____

E-mail Address    _____