UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

OLUWASHOLA OLANIYI AJAYI
    Plaintiff

v.   1;20-cv-01019-TJK

DISTRICT OF COLUMBIA, et al.,
    Defendaents

## PLAINTIFF"S REPLY TO DEFENDENTS MOTION TO DISMISS PLAINTIFF"S VERIFIED OPPOSITION TO DISMISS PLAINTIFFS COMPLAINT

Plaintiff, Mr.Ajayi submits this motion in opposition to dismiss plaintiff's verified motion to dismiss plaintiff's complaint, against the defendents, Mayor M.Bowser, MPD Chief Peter Newsham, Investigating Officer Roy Melvin, MPD, and the District of Columbia

### INTRODUCTION

Mr.Ajayi has not conceded any arguement raised by the defendents, the material facts in this case has not been disputed by the defendents, that the Constitutional violations in the complaints are "Clearly Established" Laws violated by Investigating Officer Roy Melvin, MPD, and the other defendents, and under Fed Civ Rule 8(b). the defendents have not denied the 'substance of the complaint', and accordingly by not denying, they have in effect under Fed Civ Rule 8(6), have admitted.

### ARGUEMENT

Investigating Officer Roy Melvin does not have qualified immunity when clearly established laws have been broken, Courts may impose monetary liability under § 1983 against "persons" responsible for deprivation of rights secured by the Constitution and Federal Law

Municipalities (District of Columbia) are "persons" within the meaning of § 1983 and may be liable for damages under § 1983 when the plaintiff's federal rights were violated and that violation is attributable to municipal policy or custom, The policy of violating constitutional rights of minorities by the MPD, and its officers is 'common knowledge'.

#3 Metropolitan Police Department Officers suspended/Fox 5 News reported on 8/10/2021 at 4.07pm for violating the constitutional rights of a young, black male who was accosted by the 3 officers and severly beaten with closed fists, while being handcuffed, his attorney has filed a civil action against the District and officers, Bakari Sellers as reported on this date by the current Chief of Police Contee. Under § 1983, municipalities can be held for the actions of their officers "possesses final authority to etablish municipal policy with respect to the action ordered, as the District does, See Brown v. D.C , 514 F.3d 1279,1284 (DC Cir 2008)( municipality could be liable for constitutional violation for consistenly ignoring patients medical needs can constitute official custom or policy) and see also A.D v. Cal. Highway Patrol,712 F.3d 446,454 (9th Cir 2013) (police officer not entitled to qualified immunity for shooting unarmed suspect in violation of clearly esablished law).

2 ) Lawsuit clearly within the statute of limitations from the time of dismissal of criminal case and the filing of this complaint, an earlier filing was impossible due to filing and exhausation of remedies ,due to incarceration in Maryland state (case un related), and the legal circumsatnce of preparing defending case.

3) Facts as pleaded in the complaint, verified complaint is sufficient because they have been supported with official public docu-

ments,Affidavits and Declarations as proof to support factual positions

4.) Plaintiff,Mr.Ajayi has established the presence of genuine dispute and the adverse party cannot produce admissable evidence to support their position.

5.) The Courts must treat Pro se complaints as true as stated in the complaints, and is legally required to deny motions to dismiss complaints generally.

6.) All the combinations of facts in the complaint qualifies Mr Ajayi , plaintiff for court action under § 1983

7.) Mr.Ajayi,plaintiff has demanded a jury trial to resolve the complaint,settlement or other remedial monetary relief.

8 ) Investigating Officer Roy Melvin violated Mr.Ajayi constitutional rights by the arrest, seizure of personal effects Cellphone I-Phone,wallet containing $200 00 cash,and seizure has been indefite because the personal effects has not been retuned, a violation of the Fourth Amendment against unreasonable seizure.

9 ) Entry into hotel room/equivalent Mr Ajayi house without a search and seizure warrant violated Mr.Ajayi's Fourth Amendment Rights,

10) Entry into hotel room was an Invasion of privacy Mr.Ajayi had a reasonable expectation of privacy from a government agent.

11.) The superceding facts was an intentional infliction of emotional distress.

12) The criminal matter was terminated in my favor because I was not convicted as charged, and the judge dismissed the case because of numerous constitutional violations.

Plaintiff,Mr Ajayi reasserts all complaints made in the original complaint as filed,because there is substance to the facts supported by evidence, witnesses, such as counsel for plaintiff Mr Howard McEearn Esq who will appear as a witness for the plaintiff in a jury to testify to facts as stated in the complaint.

Mr Ajayi has shown that there is pattern practice and policy to violate minorities rights   See Gates v. District of Columbia, USDC (D.DC),Case No  1;11-cv-00040-RWR, (DC Detectives fabricated evidence against Gates in violation of his constitutional rights DC settled that case $16,000,000 00)

The Supreme Court has said courts should attempt to address qualified immunity early in litigation but may not raise standards for plaintiff's pleadings  to shield government officials from defending against § 1983 suits  See Crawford-El,523 US at 594 (striking down D C. Circuit  requirement  that prisoner provide "clear and convincing" evidence that guards failure to deliver boxof legal papers to prisoner was retaliatory). The question of immunity for Officer Roy Melvin at this stage is stale and late.

The plaintiff,Mr Ajayi prays that the court moves this case to a jury trial for the matter to be settled as stated in the complain

## CONCLUSION

For all the following reasons defendents motion should not be granted

4.



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served by first-class mail, postage prepaid, on the 11th day of August , 20___, upon: Clerk of the Court, defendents Counsel, Coughlin All Defendents, Mayor M. Bowser, Chief Peter Newsham, Roy Melvin,

_____
(Signature)

Mr OLuwashola O. Ajayi, plaintiff

MCI-H, 18601 Roxbury Road,

Hagerstown, MD 21746.