COPY OF RECEIPTS

proof of delivery



Date of Delivery; June, 9th 2020.   Date of Delivery; June, 12th 2020.

Further proof of delivery can be viewed online at WWW.USPS.COM.

Both Summons and a copy of complaint was delivered.

Dates of First date of Delivery to the same address received on October 30th, 2021. US Post Office scanned the mail as received on June 9th and June, 12th 2020

EVIDENCE DOES NOT LIE. PEOPLE ' LIE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor Muriel Bowswer
   441 4TH STREET N.W.,
   WASHINGTON D.C. 20001

2. Article Number
   (Transfer from service label)   7011 2970 0003 3951 0460

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature:
X  Maryann Thom   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Maryris Thomas
C. Date of Delivery: 10/30/2020

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Oluwashola
MCI-H, 18601 Roxbury Rd,
Hagerstown, MD 21746.

Legal Mail.

BALTIMORE MD 212

18 AUG 2021 PM 8  L

Clerk of the US District Court

333 Constitution Avenue, NW,

Washington, D.C., 20001.

MCI-H
AUG 1 8 2021
OUT GOING
INMATE MAIL

20001-289999

